IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WEST VOLUSIA HOSPITAL AUTHORITY,

     Appellant,

v.

Case No.  5D22-1650
LT Case No. 2022-10240-CIDL

VOLUSIA COUNTY, FLORIDA AND
HALIFAX HOSPITAL MEDICAL CENTER,

     Appellees.
_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge.

John D. Mullen and Kurt J. Rosales,
of Phelps Dunbar LLP, Tampa, for
Appellant.

W. Kevin Bledsoe, Deputy County
Attorney, Deland, for Appellee,
Volusia County, Florida.

Darren J. Elkind and Aeriel A.
McCann, of Paul, Elkind, Branz &
Paul, LLP, Deland, for Appellee,
Halifax Hospital Medical Center.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and JAY, JJ., concur.